IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| GERALD SCHULTZ,<br><br>    Plaintiff,<br><br>    v.<br><br>Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Civil No. 3:22-CV-198-HZ<br><br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D) |

　　　　Based upon the Stipulation of the parties, it is hereby ordered that attorney fees in the amount of $2,000.00 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d). Plaintiff is also awarded costs in the amount of $402.00 pursuant to 31 U.S.C. § 1304 and 28 U.S.C. § 1920

　　　　If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of this fee to their attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel at Dellert Baird Law Offices, PLLC, PO Box 429, Spanaway, WA, 98387. Any payment of costs may be made by either check or electronic funds transfer.

　　　　IT IS SO ORDERED.

　　　　DATED this ___12___ day of ___December___, 2022.

*Marco Hernandez*
UNITED STATES DISTRICT JUDGE

Page 1　　ORDER
　　　　　　[3:22-CV-198-HZ]